162 So.2d 889

**Ex parte Ansley H. WHEELER.**

**4 Div. 507.**

Court of Appeals of Alabama.

April 7, 1964.

Ansley H. Wheeler, pro se.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the State.

CATES, Judge.

Ground 4 of the Attorney General's motion to strike Wheeler's petition to this court is well taken. No allegation is made that Wheeler appealed or tried to give notice of appeal from the averred judgment dismissing his application to the Circuit Court of Covington County for coram nobis. See Allen v. State, 42 Ala.App. 9, 150 So.2d 399; Fay v. Noia, 372 U.S. 391, 83 S.Ct. 822, 9 L.Ed.2d 837.

Motion granted; petition stricken; cause dismissed.